

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

ANTHONY C. BEEKS,

    Plaintiff,

vs.

JESUP FEDERAL CORRECTIONAL INSTITUTION; JOSE M. VAZQUEZ, Warden; Associate Warden RUIZ; Associate Warden TAYLOR; YOLANDA TUBBS, and N. WILLIAMS,

    Defendants.

CIVIL ACTION NO.: CV205-201

## ORDER

Plaintiff, an inmate incarcerated at the Federal Correctional Institution in Jesup, Georgia, has moved this Court to issue a Temporary Restraining Order and/or Preliminary Injunction. He requests an Order directing Defendants to refrain from "retaliatory practices" until he can exhaust his administrative remedies prior to filing a law suit. Additionally, Plaintiff seeks to proceed in forma pauperis. In the absence of a showing of an exceptional circumstance wherein there is the possibility of irreparable injury, the Court is not inclined to issue a Restraining Order and/or Preliminary Injunction. Plaintiff has made no such showing of the likelihood of irreparable injury so as to suggest the necessity for the entry of such an order at this time. Accordingly, Plaintiff's Motion for issuance of a Temporary

AO 72A
(Rev. 8/82)

Restraining Order and/or Preliminary Injunction and his Motion to Proceed in forma pauperis are hereby **DENIED**.

This action is **DISMISSED,** without prejudice. The Clerk is authorized and directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 31 day of October, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)